**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN PADIEN, | ] |
| | ] |
|     Plaintiff, | ] |
| | ] |
| v. | ]   Civil Action No.: 06-cv-1989 (GK) |
| | ]   Next Event: |
| ELI LILLY AND COMPANY, | ] |
| | ] |
|     Defendant. | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff SUSAN PADIEN in the above-referenced matter.

                                Respectfully submitted,

                                AARON M. LEVINE & ASSOCIATES


                              /s/ Brandon J. Levine
                              BRANDON J. LEVINE, #412130
                              1320 19th Street, N.W., Suite 500
                              Washington, DC  20036
                              202-833-8040
                              Fax: 202-833-8046