UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN PADIEN,

    *Plaintiff*,

CASE NO. 1:06-CV-01989-GK

vs.

ELI LILLY AND COMPANY,

    *Defendant.*
_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LcvR 83.6, please enter the appearance of PATRICIA MARTIN STANFORD of PATRICIA MARTIN STANFORD, P.A. as counsel for Plaintiff Susan Padien in the above-referenced matter.

    Respectfully submitted,

    PATRICIA MARTIN STANFORD, P.A.

    /s/ Patricia M. Stanford
    PATRICIA MARTIN STANFORD, ESQUIRE
    DC Bar #471672
    3609 Hendricks Avenue
    Jacksonville, FL  32207
    (904) 346-4215   Fax (904) 346-4215
    pmslaw1@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of June, 2007, I electronically filed the foregoing with the Clerk of the Court via ECF by which a notice of electronic filing will be sent to the following counsel of record for Defendant Eli Lilly and Company: Lawrence H. Martin, Esquire, FOLEY HOAG LLP.

/s/ Patricia M. Stanford
ATTORNEY FOR PLAINTIFF