### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN PADIEN, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Civil Action No.: 06-cv-1989 (GK) |
| | ] Next Event: Discovery Closed 7/9/07 |
| ELI LILLY AND COMPANY, | ] |
| | ] |
| Defendant. | ] |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Brandon J. Levine of AARON M. LEVINE & ASSOCIATES hereby withdraws as counsel for plaintiff SUSAN PADIEN in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046