# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN PADIEN, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-1989 (GK) |
| ] | Next Event: Discovery Closed 7/9/07 |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Steven J. Lewis of AARON M. LEVINE & ASSOCIATES hereby withdraws as counsel for plaintiff SUSAN PADIEN in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046