UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN PADIEN,

        Plaintiff,

v.                                                              CIVIL ACTION No. 06-CV-01989 (GK)

ELI LILLY AND COMPANY

        Defendant.

**ELI LILLY AND COMPANY'S CONSENT MOTION**
**TO AMEND SCHEDULING ORDER**

    Defendant Eli Lilly and Company ("Lilly"), with the consent of counsel for plaintiff Susan Padien, hereby moves the Court to amend its Scheduling Order to extend all existing deadlines by three months. As grounds for its motion, Lilly states:

    1.    Discovery currently closes on July 9, 2007. The current deadline for filing dispositive motions is August 8, 2007.

    2.    On June 22, 2007, Aaron Levine & Associates withdrew as counsel for Plaintiff Susan Padien. The same day, Patricia M. Stanford entered an appearance on behalf of Ms. Padien.

    3.    Counsel for Lilly has conferred with Ms. Padien's new counsel and determined additional time is needed to complete fact and expert discovery.

    4.    Neither party has previously requested an extension of the deadlines in the Court's Scheduling Order.

B3378187.1

- 2 -

WHEREFORE, Lilly respectfully requests that the Court amend its Scheduling Order to extend the existing deadlines by three months.

Respectfully submitted

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon, D.C. Bar No. 485593
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: July 5, 2007

## LOCAL RULE 7.1(m) CERTIFICATION

Pursuant to Local Rule 7.1(m), Defendant Eli Lilly and Company certifies that, through its counsel, it conferred with plaintiff's counsel who consented to the relief requested in this motion on behalf of plaintiff.

/s/ James J. Dillon
James J. Dillon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN PADIEN,

        Plaintiff,

    v.

ELI LILLY AND COMPANY

        Defendant.

CIVIL ACTION No. 06-CV-01989 (GK)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order and for good cause shown, it is this _____ day of _____, 2007;

ORDERED that the Motion to Amend Scheduling Order be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that the Scheduling Order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Close of Discovery | July 9, 2007 | October 9, 2007 |
| Dispositive Motions Due | August 8, 2007 | November 8, 2007 |

_____
Date

_____
Hon. Gladyss Kessler
U.S. District Court Judge

B3378194.1